# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY BUTLER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 76372

**FILED**

JUL 27 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Appellant filed a notice of appeal on July 9, 2018. The notice of appeal fails to designate the specific order or judgment being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the judgment of conviction entered on September 24, 2012, the notice of appeal was untimely filed. *See* NRAP 4(b)(1)(A) (prescribing a 30-day appeal period from the entry of judgment of conviction). To the extent that appellant appeals from the motion to modify a sentence, no decision had been made on the motion when appellant filed his appeal. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

18-29036

cc:   Hon. Valerie Adair, District Judge
       Anthony Butler
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk